IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CR 70

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MATTHEW MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** has come before the Court pursuant to a Motion for Release to an Inpatient Treatment Program (#19) filed by counsel for Defendant. It appearing to the Court that the Government has no objection to the release of the Defendant to participate in the treatment program and good cause has been shown for the granting of the motion and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Release to an Inpatient Treatment Program (#19) is hereby **ALLOWED.**

Signed: October 23, 2014

Dennis L. Howell
United States Magistrate Judge